1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9           **SOUTHERN DISTRICT OF CALIFORNIA**
10
11 EDWARD ANTHONY THROOP,         CASE NO. 12cv1870-LAB (NLS)

12              Petitioner,     **ORDER DENYING MOTION TO**
                      **REJECT REPORT AND**
13     vs.                      **RECOMMENDATION**

14 RALPH M. DIAZ, warden, et al.,

15              Respondent.

16       Petitioner Edward Throop has filed a motion asking the Court to "vacate and reissue"

17 Magistrate Judge Nita Stormes' report and recommendation (the "R&R"). The motion argues

18 that the R&R is too complicated, poorly-written, and filled with errors for him to file objections

19 to. Among his complaints, Throop says the R&R confused state trial court orders in his case.

20       While the Court liberally construes *pro se* litigants' pleadings, *see Hebbe v. Pliler*, 627

21 F.3d 338, 342 (9th Cir. 2010), construing the motion as Throop's objections to the R&R

22 would work to his detriment, because the motion does not point out any substantive error

23 with the R&R. Treating the motion as Throop's objections would prevent him from having the

24 opportunity to file meangful objections.

25       While Throop might not like the way the R&R was written, or might think it does not

26 accurately recite the procedural history, the motion does not point out any valid reason why

27 it should be withdrawn. If Throop thinks the R&R contains any significant errors that could

28 affect the outcome of the case, he can point them out in his objections. If he thinks the R&R

has made a mistake in reciting the procedural history, he can correct that too in his objections.

The R&R was issued February 21. Since then, Throop has twice moved for extensions of time to file his objections, citing the R&R's length, his limited access to the law library, and his need to read and research cases the R&R cites. This motion is dated April 23, and in it for the first time he says the R&R is so badly written and contains so many factual errors that he cannot respond to it. This suggests that he didn't thoroughly read and digest it until well after he received it.

The motion is **DENIED** and Throop must file his objections to the R&R within the time permitted.

**IT IS SO ORDERED**.

DATED:  May 8, 2014

**HONORABLE LARRY ALAN BURNS**
United States District Judge